ACCEPTED
05-15-00259-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/6/2015 3:53:45 PM
LISA MATZ
CLERK

| Appellate Docket Number: | 05-15-00259-CR |
|---|---|
| Appellate Case Style: Style: | BRYON RAMONE SCOTT |
| Vs. | State of Texas |

| Companion Case: | |
|---|---|

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/6/2015 3:53:45 PM

LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

First Name: BRYON

Middle Name: RAMONE

Last Name: SCOTT

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

**II. Appellant Attorney(s)**

☐ Lead Attorney

First Name: ROBERT

Middle Name: T

Last Name: BASKETT

Suffix:

☒ Appointed    ☐ District/County Attorney
☐ Retained     ☐ Public Defender

Firm Name:

Address 1: 6060 N. CENTRAL EXPRESSWAY

Address 2: SUITE 600

City: DALLAS

State: Texas    Zip+4: 75206

Telephone: (214) 965-0900    ext.

Fax: (214) 880-0443

Email: rtblaw@swbell.net

SBN: 01871000

Add Another Appellant/ Attorney

## III. Appellee

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: DA - APPELLATE DIVISION

Middle Name:

Last Name:

Suffix:

☐ Appointed    ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name:

Address 1: 133 N. RIVERFRONT BOULEVARD

Address 2:

City: DALLAS

State: Texas     Zip+4: 75207

Telephone: (214) 653-3600    ext.

Fax:

Email:

SBN:

[Add Another Appellee/ Attorney]

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): ROBBERY

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 2, 2015

Offense charged: AGG. ROBBERY, DEADLY WEAPON

Date of offense: April 27, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: March 2, 2015

If mailed to the trial court clerk, also give the date mailed:

Punishment assessed: 50 YEARS

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: March 2, 2015

Date of hearing: March 2, 2015   ☐ NA

Date of order: March 2, 2015   ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: March 2, 2015

## VIII. Trial Court And Record

Court: CRIMINAL DISTRICT COURT NO. TWO

County: DALLAS

Trial Court Docket Number (Cause no): F14-40662-I

Trial Court Judge (who tried or disposed of the case):

First Name: DON

Middle Name:

Last Name: ADAMS

Suffix:

Address 1: 133 N. RIVERFRONT BOULEVARD

Address 2:

City: DALLAS

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5911     ext.

Fax:

Email:

**Clerk's Record:**

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 2, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Mar 5, 2015

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes ☐ No ☒ Indigent

---

☐ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name: VELMA

Middle Name:

Last Name: LOZA

Suffix:

Address 1: 133 N. RIVERFRONT BOULEVARD

Address 2:

City: DALLAS

State: Texas          Zip + 4: 75207

Telephone: (214) 653-5913     ext.

Fax:

Email:

☐ Court Reporter      ☐ Court Recorder
☐ Official      ☒ Substitute

First Name:    MARIBEL

Middle Name:

Last Name:    CRUZ

Suffix:

Address 1:    2947 SHADOW WOOD DRIVE

Address 2:

City:    DALLAS

State:    Texas      Zip + 4:   75224

Telephone:      ext.

Fax:

Email:

---

☐ Court Reporter      ☐ Court Recorder
☐ Official      ☒ Substitute

First Name:    MELISSA

Middle Name:

Last Name:    MAXWELL

Suffix:

Address 1:    PO BOX 2071

Address 2:

City:    KELLER

State:    Texas      Zip + 4:   76244

Telephone:    (817) 229-4781      ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                                    Court: [ ]

Style: [ ]

     Vs.   State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                    Date:   March 6, 2015

                                                     State Bar No: 01871000

Printed Name:

Electronic Signature:  /S/ ROBERT T. BASKETT          Name:   ROBERT T. BASKETT
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 6, 2015  .

Signature of counsel (or pro se party)               Electronic Signature: [ ]
                                                   (Optional)

                                       State Bar No.:   01871000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

         (1) the date and manner of service;
         (2) the name and address of each person served, and
         (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 6, 2015

Manner Served: Regular Mail

First Name     MICHAEL

Middle Name:

Last Name     CASILLAS

Suffix:

Law Firm Name: ASSISTANT DISTRICT ATTORNEY

Address 1:     133 N. RIVERFRONT BOULEVARD

Address 2:

City           DALLAS

State     Texas                    Zip + 4 75207

Telephone     (214) 653-3600     ext

Fax

Email